# No. 22-2253

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**VEIN & WELLNESS GROUP, LLC**

**Plaintiff-Appellant,**

v.

**SECRETARY XAVIER BECERRA,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
NATIONAL INSTITUTES OF HEALTH**

**Defendant-Appellee.**

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

---

## CONSENT MOTION TO MODIFY BRIEFING ORDER

---

Appellee, with the consent of Appellant, respectfully requests that the Briefing Order entered in the above-styled appeal be modified and, in support thereof, states as follows:

1. The Court issued the Briefing Order – Civil/Agency in this matter on December 7, 2022. (No. 3). The Order provides that Appellant's opening brief and the parties' joint appendix is due January 17, 2023. The Order further provides that Appellee's response brief is due February 16, 2023.

2. Counsel for Appellee has a 7-day jury trial scheduled for February 6 through 14, 2023, which will make drafting and finalizing Appellee's response brief during trial preparation and the trial itself difficult.

3. An extension of twenty-four (24) days to each deadline will ease the burden on Appellee's counsel while also providing for a proportional extension of time to Appellant to submit its opening brief.  Specifically, Appellee seeks to have the Briefing Order modified to provide that Appellant's opening brief and the joint appendix will be due February 10, 2023 and Appellee's response brief will be due March 13, 2023.

4. Oral argument in this appeal has not been scheduled.

5. Undersigned counsel conferred with counsel for Appellant who graciously consented to the Briefing Order modification requested herein.

WHEREFORE, Appellee respectfully requests the Briefing Order be modified to reflect that Appellant's opening brief and the parties' joint appendix deadline is February 10, 2023 and Appellee's response brief deadline is March 13, 2023.

Respectfully submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

/s/     Kimberly S. Phillips
KIMBERLY S. PHILLIPS
Assistant United States Attorney
United States Attorney's Office
36 S. Charles St., 4th Floor
Baltimore, Maryland  21201
Tel:   (410) 209-4900
Kimberly.Phillips@usdoj.gov

*Counsel for Appellee*

Of Counsel: Suzanne Yurk
            Assistant Regional Attorney
            United States Department of Health and Human Services

3

## **CERTIFICATE OF SERVICE**

I certify that on December 9, 2022, the foregoing document was served on Appellant and her counsel of record through the CM/ECF system.

/s/     Kimberly S. Phillips
KIMBERLY S. PHILLIPS
Assistant United States Attorney

*Counsel for Appellee*

4